LAW OFFICES OF LEONARD BECKER
LEONARD S. BECKER (CSBN 113065)

   1728 B Street
   Hayward, CA 94541
   Telephone:  (415) 421-1515
   Facsimile:  (415) 421-2510

Attorneys for Plaintiffs


KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 142400)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7264
   Facsimile: (415) 436-6748

Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RACHEL M. DECKER,

    Plaintiff,

  v.

UNITED STATES,

    Defendant.

No. C 05- 2695 SBA (e-filing)

**STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT**

Stipulation and Order re: Settlement
No. C 05- 2695 SBA

Pursuant to the settlement agreement reached by the parties at the March 29, 2006 mediation in the above-captioned matter, it is hereby stipulated and between Rachel M . Decker (herein after referred to as "Plaintiff"), and the United States of America, Defendant, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, Defendant, agrees to pay to the Plaintiff the sum of Twenty Thousand, Five Hundred Dollars and no cents ($20,500.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including but not limited to claims for wrongful death which Plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff, her heirs, executors, administrators or assigns hereby agree to accept the sum of Twenty Thousand, Five Hundred Dollars and no cents ($20,500.00), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death.  Plaintiff and her heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants or employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or her heirs, executors, administrators or assigns against any third party or against the United States, including claims for wrongful death.

Stipulation and Order re: Settlement
No. C 05- 2695 SBA

4.  This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5.  This agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the agreement.

6.  It is also agreed, by and among the parties, that the settlement amount of Twenty Thousand, Five Hundred Dollars and no cents ($20,500.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

7.  It is also understood by and among the parties that, pursuant to 28 U.S.C. section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

8.  Payment of the settlement amount will be made by a check for Twenty Thousand, Five Hundred Dollars and no cents ($20,500.00) and made payable to Rachel M. Decker, Plaintiff, and Leonard S. Becker, Plaintiff's attorney.

9.  In consideration of this Agreement and the payment of Twenty Thousand, Five Hundred Dollars and no cents ($20,500.00) thereunder, Plaintiff agrees that she will deliver to defendant's counsel a fully executed Stipulation for Dismissal with prejudice of C 05- 2695 SBA <u>Decker v. United States</u> which shall be held in trust and not filed until the settlement check is delivered to plaintiff's attorney.

10.  Plaintiff hereby releases and forever discharges the United States and any and all of its past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in Plaintiff's pleadings in this action.

Stipulation and Order re: Settlement
No. C 05- 2695 SBA

1. 11. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiff having been apprised of the statutory language of Civil Code Section 1542 by her attorney, and fully understanding the same, nevertheless elect to waive the benefits of any and all rights they may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff understands that, if the facts concerning Plaintiff's injury and the liability of the United States (including any and all of its past and present officials, employees, agents or attorneys) for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by them to be true, this Agreement shall be and remain effective notwithstanding such material difference.

12. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

14. Plaintiff has been informed that payment may take sixty days or more to process, but

///
///
///
///
///
///
///

Defendant agrees to make good faith efforts to expeditiously process said payment.

Stipulation and Order re: Settlement
No. C 05- 2695 SBA

3

1
2  Dated:   5/1/06                     __/s/_____
3                                      Rachel M. Decker
                                       Plaintiff
4
5
6  Dated:   5/1/06                     __/s/_____
                                       LEONARD S. BECKER, ESQ.
7                                      Attorney for Plaintiff

8                                      KEVIN V. RYAN
                                       United States Attorney
9
10
11 Dated:   5/17/06                    __/s/_____
                                       ABRAHAM A. SIMMONS
12                                     Assistant United States Attorney
                                       Attorneys for Defendant
13
   APPROVED AND SO ORDERED:
14
15
16 Dated: 6-12-06                      _Saundra B Armstrong_____
                                       United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order re: Settlement
No. C 05- 2695 SBA

4